1  SEMNAR & HARTMAN, LLP
   Babak Semnar (SBN 224890)
2  bob@semnarlawfirm.com
   Jared M. Hartman, Esq. (SBN 254860)
3  jaredhartman@jmhattorney.com

4  Attorneys for Plaintiffs
   KARLA SALAZAR & DANIEL SALAZAR

5

6                    **U.S. DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**
7

| 8  KARLA SALAZAR, an individual, | Case No.: 8:14-cv-01854 |
| 9  and DANIEL SALAZAR, an individual, | **JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE** |
| 10          Plaintiff, | |
| 11      vs. | |
| 12  WELLS FARGO BANK, a National Association; and DOES 1-10, | |
| 13          Defendants. | |

14

15  TO THE CLERK OF THE COURT AND THE HONORABLE U.S. DISTRICT

16  COURT JUDGE:

17      The parties herein—Plaintiffs KARLA SALAZAR and DANIEL SALAZAR

18  ("Plaintiffs"), and Defendant WELLS FARGO BANK, N.A. ("Defendant")—jointly

19  stipulate to dismiss the entire action in this matter with prejudice.

20  ///

21  ///

                                  1
55000.1441/4163145.1   **Joint Stipulation for Dismissal with Prejudice**

1 | Wherefore, all future hearing dates and deadlines can be vacated.

2 | IT IS SO STIPULATED

3 | SEMNAR & HARTMAN, LLP

4 |

5 | DATED: June 8, 2015      /s/ Jared M. Hartman, Esq.
JARED M. HARTMAN, ESQ.
Attorneys for Plaintiffs,

6 | KARLA SALZAR & DANIEL SALAZAR

7 | SEVERSON & WERSON

8 |

9 | DATED: June 8, 2015      /s/ William J. Idleman, Esq.
WILLIAM J. IDLEMAN, ESQ.
Attorneys for Defendant,

10 | WELLS FARGO BANK, N.A.